**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

NANCY LEWIS,

    Plaintiff,

v.                                                                                                   No. CIV 09-306 JB/RHS

CENTER MARKET,

    Defendants.

and

NANCY LEWIS,

    Plaintiff,

v.                                                                                    No. CIV 09-700 JB/ACT

LINDA TRUJILLO and IVAN GUILLEN, et al.,
of the NORTH CENTRAL NEW MEXICO REGIONAL
TRANSIT DISTRICT, ESPANOLA POLICE OFFICERS
MARTIN VIGIL and MIGUEL MAEZ, CITY OF ESPANOLA,

    Defendants.

and

NANCY LEWIS,

    Plaintiff,

**v.**                                                                                 No. CIV 09-701 RLP/ACT

ECCO COFFEE SHOP,

    Defendant.

and

NANCY LEWIS,

    Plaintiff,

v.                                                                                              No. CIV 09-702 ACT/LFG

JOY JUNCTION HOMELESS SHELTER
and CITY OF ALBUQUERQUE,

       Defendants.

## FINAL JUDGMENT

       The Court having contemporaneously dismissed all four consolidated cases under 28 U.S.C. § 1915(e)(2)(A) in a separate Memorandum Opinion and Order, filed October 29, 2009 (Doc. 12) pursuant to rule 58(a) of the Federal Rules of Civil Procedure,

       **IT IS ORDERED** that final judgment is entered and that the Plaintiffs' consolidated cases against the Defendants are dismissed without prejudice.

                                                          _____
                                                     UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Nancy Lewis
Espanola, New Mexico

       *Pro Se Plaintiff*

Tony F Ortiz
Scheuer, Yost & Patterson, P.C.
Santa Fe, New Mexico

       *Attorneys for Defendants Linda Trujillo, Ivan Guillen, and the North Central New Mexico*
         *Regional Transit District*

Robert L. Cole
Albuquerque, New Mexico

       *Attorney for Defendants Martin Vigil, Miguel Maez, and the City of Espanola*

Quela Robinson
Whitney Warner

Albuquerque, New Mexico
    *Attorneys for Defendant Ecco Coffee Shop*

William P. Gralow
Lisa Entress Pullen
Civerolo, Gralow, Hill & Curtis, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Joy Junction Homeless Shelter*

David B Nava
Albuquerque City Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the City of Albuquerque*